**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LATEICE RENEE BUMPERS | : | CASE NO. A13-61161-WLH |
| | : | |
| DEBTOR | : | JUDGE HAGENAU |

**TRUSTEE'S SUPPLEMENTAL REPORT**
**FOLLOWING CONFIRMATION HEARING**

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on October 23, 2013:**

Following review of proposed amended plan

Whether Debtor provided proof of August, September, October mortgage payments; proof of auto insurance payment of $385.00

**The Attorney for the Trustee has reviewed the case as instructed and:**

Recommends dismissal because:

The Debtor has failed to provide proof of mortgage payments and proof of budgeted auto insurance expense

The Debtor has failed to amend the plan

**Please enter *an Order of Dismissal***

This the 26th day of November, 2013

\_\_\_\_/s/_____
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

*/kk*

**CASE NO A13-61161-WLH**

## CERTIFICATE OF SERVICE

This is to certify that I have this day served

Debtor:
Lateice Renee Bumpers
1823 Springhill Cove
Lithonia, GA 30058

Attorney for Debtor:
Robert J. Semrad & Associates
101 Marietta Street
Suite 3600
Atlanta, GA 30303

the Trustee's Supplemental Report by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This the 26th day of November, 2013

____/s/_____
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201